IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

**RAMON JAQUEZ, on behalf of himself and all others similarly situated,**

                  Plaintiff,

-v-

**FROM NOTHING, LLC,**

                  Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/29/2021

**Civil Case Number: 1:21-cv-01252-MKV**

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the Plaintiff's voluntary dismissal of all claims against Defendant in the above-captioned matter, with prejudice.

All parties shall bear their own attorneys' fees and costs incurred in this action.

Dated:      June 18, 2021

_____
Yitzchak Zelman, Esq.
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
Tel: (732) 695-3282
Email: yzelman@marcuszelman.com

*Attorneys for Plaintiff*
*Ramon Jaquez*

_____
David R. West, Esq., *pro hac vice*
FOSTER GARVEY P.C.
100 Wall Street, 20th Floor
New York, NY 10005
Tel: (212) 965-4534
Email: david.west@foster.com

*Attorneys for Defendant*
*From Nothing, LLC*

**SO ORDERED.**

Date: 6/29/2021
New York, New York

_____
Mary Kay Vyskocil
United States District Judge